**United States District Court**

Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　415-522-2000

December 20, 2012

**W. Gordon Kaupp**
Scott Law Firm
1388 Sutter Street, Suite 715
San Francisco, CA 94109

**John Charles Hueston**
Irell and Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276

Re:　　Consenting or declining to proceed before a Magistrate Judge
Case:　3:12-cv-05257-JSC <u>Kirby Martensen v. William Koch</u>

Dear Counsel:

　　　At filing, this matter was randomly assigned to United States Magistrate Judge Jacqueline Scott Corley.  A hearing has since been scheduled for <u>February 7, 2013</u>. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before Judge Corley.  We have no record of your decision.

　　　 At www.cand.uscourts.gov you will find a form to complete if you consent to proceed before Judge Corley and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within seven (7) calendar days.

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　　　By:  William Noble
　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk

1
2
3
4
5
6                       UNITED STATES DISTRICT COURT
7                      NORTHERN DISTRICT OF CALIFORNIA
8
9                                                    No. C
10            Plaintiff(s),                          **CONSENT TO PROCEED BEFORE A**
                                                     **UNITED STATES MAGISTRATE JUDGE**
11     v.
12
13            Defendant(s).
                                            /
14
15          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18   proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21   Dated: _____         _____
                                                 Signature
22
                                                 Counsel for _____
23                                               (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s),<br>v.<br><br>Defendant(s)._____/ | No. C<br><br>**DECLINATION TO PROCEED BEFORE**<br>**A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A**<br>**UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____         Signature_____

                                                                              Counsel for _____
                                                                              (Plaintiff, Defendant, or indicate "pro se")