| | |
|---|---|
| 1 | IRELL & MANELLA LLP |
|   | John C. Hueston (164921) |
| 2 | jhueston@irell.com |
|   | Melissa R. McCormick (180384) |
| 3 | mmccormick@irell.com |
|   | Cathy Moses (254791) |
| 4 | cmoses@irell.com |
|   | 840 Newport Center Drive, Suite 400 |
| 5 | Newport Beach, California 92660-6324 |
|   | Telephone:   (949) 760-0991 |
| 6 | Facsimile:    (949) 760-5200 |
| 7 | Attorneys for Defendant |
|   | WILLIAM KOCH |
| 8 | |
| 9 | SCOTT LAW FIRM |
|   | John Houston Scott (72578) |
| 10 | john@scottlawfirm.net |
|   | Lizabeth N. De Vries (227215) |
| 11 | liza@scottlawfirm.net |
|   | 1388 Sutter Street, Suite 715 |
| 12 | San Francisco, CA 94109 |
|   | Telephone: (415) 561-9601 |
| 13 | Facsimile: (415) 561-9609 |
| 14 | Attorneys for Plaintiff |
|   | KIRBY MARTENSEN |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KIRBY MARTENSEN, | Case No. C 12-05257 JSC |
| | |
| Plaintiff, | [Case assigned to Magistrate Judge Jacqueline Scott Corley] |
| | |
| v. | **JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANT WILLIAM KOCH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| WILLIAM KOCH and DOES 1-25, inclusive, | |
| | **[N.D. Cal. Civil L.R. 6-1(a)]** |
| Defendant. | Complaint Filed:   October 11, 2012 |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff Kirby Martensen ("Martensen") and Defendant William Koch ("Koch"), by and through their counsel of record, as follows:

WHEREAS on October 11, 2012, Martensen filed his Complaint against Koch ("Complaint"), and served the Complaint and a Summons on December 6, 2012;

WHEREAS Federal Rule of Civil Procedure 12 requires that a party answer or otherwise respond to a complaint within 21 days after being served;

WHEREAS pursuant to Local Rule 6-1, the parties have agreed to a 20-day extension of Koch's time to answer or otherwise respond to the Complaint, to January 16, 2013;

NOW, THEREFORE, Martensen and Koch hereby STIPULATE that, pursuant to Northern District of California Civil Local Rule 6-1(a), the deadline for Koch to answer or otherwise respond to the Complaint shall be extended to January 16, 2013.

SO STIPULATED.

Dated: December 19, 2012              Respectfully submitted,

                                       IRELL & MANELLA LLP


                                       By: /s/ Melissa R. McCormick
                                           Melissa R. McCormick
                                           Attorneys for Defendant William Koch

                                       SCOTT LAW FIRM


                                       By: /s/ John Houston Scott
                                           John Houston Scott
                                           Attorneys for Plaintiff Kirby Martensen

Dated: December 20, 2012

APPROVED
/s/ Jacqueline S. Corley
Judge Jacqueline Scott Corley

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2735704    - 1 -
JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT    Case No. C 12-05257 JSC

**L.R. 5-1(i) ATTESTATION**

I, Melissa R. McCormick, am the ECF user whose ID and password are being used to file the parties' JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANT WILLIAM KOCH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT. In compliance with Local Rule 5-1(i), I hereby attest that John Houston Scott, counsel for Plaintiff Kirby Martensen, has concurred in this filing.

/s/ Melissa R. McCormick

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2735704

- 2 -

JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT

Case No. C 12-05257 JSC