United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

KIRBY MARTENSEN,

13                     Plaintiff,

14         v.

15

16   WILLIAM KOCH, et al.,

17                     Defendant.

18

Case No.: C-12-05257 JSC

**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (Dkt. No. 61)**

19
20
21

        Now pending before the Court is Defendant's Administrative Motion to Seal (Dkt. No. 61)

filed in connection with Defendant's Motion for Leave to File Motion for Partial Reconsideration.

Plaintiff opposes the motion.  (Dkt. No. 64.)  For the reasons set forth below, the motion is denied.

22
23
24
25
26
27
28

        Defendant's motion seeks leave to file under seal excerpts of Plaintiff's deposition in the

ongoing action in Florida between Plaintiff and the Oxbow entities.  Defendant asserts that he seeks

to file the excerpts under seal out of "an abundance of caution" and "in light of the 'confidential'

designation of the Martensen deposition transcripts."  (Dkt. No. 61 at 1.)  As Plaintiff correctly

contends, Defendant has not shown good cause for sealing any portion of Plaintiff's deposition.

Merely stating that a party in another litigation believes the information to be confidential is

United States District Court

Northern District of California

1   insufficient.  Defendant shall publicly file an unredacted version of his motion within three days,

2   unless Defendant can provide a specific reason as to why the excerpts should be filed under seal.

3          This Order disposes of Docket Number 61.

4          IT IS SO ORDERED.

5

6   Dated: July 1, 2013

7                                                              _____
                                                               JACQUELINE SCOTT CORLEY
8                                                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28